FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2014 APR 16 PM 5:26

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**PAWAN KUMAR JAIN,**<br><br>Defendant. | CRIMINAL NO. 14-1261 RB<br><br>Counts 1 and 3: 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Unlawful Dispensing of a Controlled Substance Resulting in Death;<br><br>Counts 2 and 4: 18 U.S.C. § 1347(a): Health Care Fraud Resulting in Death;<br><br>Counts 5-61: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Unlawful Dispensing of a Controlled Substance;<br><br>Counts 62-111: 18 U.S.C. § 1347(a): Health Care Fraud. |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about November 25, 2009, in Doña Ana County, in the District of New Mexico, the defendant, **PAWAN KUMAR JAIN,** knowingly and intentionally dispensed a controlled substance, specifically, methadone, a Schedule II controlled substance, to M.E.B. outside the usual course of medical practice and without legitimate medical purpose, resulting in the death of M.E.B.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## Count 2

On or about November 25, 2009, in Doña Ana County, in the District of New Mexico, the defendant, **PAWAN KUMAR JAIN,** knowingly and willfully executed, and attempted to

execute, a scheme and artifice to defraud a health care benefit program, specifically, the defendant caused to be submitted to Medicare a fraudulent claim for a prescription for methadone that the defendant dispensed to M.E.B. outside the usual course of medical practice and without legitimate medical purpose, resulting in the death of M.E.B.

In violation of 18 U.S.C. § 1347(a).

## Count 3

On or about July 27, 2010, in Doña Ana County, in the District of New Mexico, the defendant, **PAWAN KUMAR JAIN**, knowingly and intentionally dispensed a controlled substance, specifically, oxycodone, a Schedule II controlled substance, to N.D. outside the usual course of medical practice and without legitimate medical purpose, resulting in the death of N.D.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## Count 4

On or about July 27, 2010, in Doña Ana County, in the District of New Mexico, the defendant, **PAWAN KUMAR JAIN**, knowingly and willfully executed, and attempted to execute, a scheme and artifice to defraud a health care benefit program, specifically, the defendant caused to be submitted to Medicaid a fraudulent claim for a prescription for oxycodone that the defendant dispensed to N.D. outside the usual course of medical practice and without legitimate medical purpose, resulting in the death of N.D.

In violation of 18 U.S.C. § 1347(a).

## Counts 5-9

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **PAWAN KUMAR JAIN**, knowingly and intentionally dispensed the following Schedule II controlled substances to M.E.B. outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 5 | 4/22/09 | 180 tablets of oxycodone 40 mg ER (extended release) |
| 6 | 5/21/09 | 180 tablets of oxycodone 40 mg ER |
| 7 | 6/19/09 | 180 tablets of oxycodone 40 mg ER |
| 8 | 7/13/09 | 180 tablets of methadone 10 mg |
| 9 | 9/29/09 | 225 tablets of methadone 10 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Counts 10-17

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **PAWAN KUMAR JAIN,** knowingly and intentionally dispensed the following Schedule II controlled substances to R.B. outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 10 | 10/30/09 | 120 tablets of morphine sulphate 30 mg |
| 11 | 11/16/09 | 120 tablets of morphine sulphate 30 mg |
| 12 | 11/16/09 | 60 tablets of morphine sulphate 60 mg |
| 13 | 1/11/10 | 180 tablets of morphine sulphate 30 mg |
| 14 | 2/15/10 | 60 tablets of morphine sulphate 60 mg |
| 15 | 3/22/10 | 60 tablets of morphine sulphate 60 mg |
| 16 | 4/8/10 | 120 tablets of morphine sulphate 60 mg |
| 17 | 6/7/10 | 270 tablets of morphine sulphate 60 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Counts 18-23

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **PAWAN KUMAR JAIN,** knowingly and intentionally dispensed the following Schedule II controlled substances to T.B. outside the usual course of medical practice and without legitimate medical purpose:

3

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 18 | 12/14/09 | 360 tablets of oxycodone/APAP (acetaminophen) 10/325 mg |
| 19 | 1/7/10 | 180 tablets of oxycodone/APAP 10/325 mg |
| 20 | 3/4/10 | 180 tablets of oxycodone/APAP 10/325 mg |
| 21 | 4/6/10 | 180 tablets of oxycodone/APAP 10/325 mg |
| 22 | 5/27/10 | 180 tablets of oxycodone/APAP 10/325 mg |
| 23 | 6/14/10 | 180 tablets of oxycodone 30 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Counts 24-35

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **PAWAN KUMAR JAIN,** knowingly and intentionally dispensed the following Schedule II controlled substances to M.J.B. outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 24 | 5/26/09 | 540 tablets of methadone 10 mg |
| 25 | 7/14/09 | 180 tablets of methadone 10 mg |
| 26 | 7/14/09 | 90 tablets of oxycodone/APAP 10/325 mg |
| 27 | 9/15/09 | 180 tablets of methadone 10 mg |
| 28 | 10/13/09 | 270 tablets of methadone 10 mg |
| 29 | 10/13/09 | 120 tablets of oxycodone/APAP 10/325 mg |
| 30 | 10/13/09 | 90 tablets of oxycodone/APAP 10/325 mg |
| 31 | 11/11/09 | 540 tablets of methadone 10 mg |
| 32 | 11/11/09 | 180 tablets of oxycodone/APAP 10/325 mg |
| 33 | 1/5/10 | 819 tablets of methadone 10 mg |
| 34 | 1/5/10 | 90 tablets of oxycodone/APAP 10/325 mg |
| 35 | 3/24/10 | 810 tablets of methadone 10 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Counts 36 - 49

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **PAWAN KUMAR JAIN,** knowingly and intentionally dispensed the following

4

Schedule II controlled substances to S.C. outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 36 | 6/2/09 | 60 tablets of oxycodone 80 mg |
| 37 | 6/2/09 | 180 tablets of oxycodone/APAP 7.5/325 mg |
| 38 | 6/19/09 | 120 tablets of oxycodone 80 mg |
| 39 | 6/19/09 | 360 tablets of oxycodone/APAP 7.5/ 325 mg |
| 40 | 8/11/09 | 180 tablets of oxycodone 80 mg |
| 41 | 8/11/09 | 540 tablets of oxycodone/APAP 10/325 mg |
| 42 | 11/9/09 | 60 tablets of oxycodone 80 mg |
| 43 | 11/9/09 | 180 tablets of oxycodone/APAP 10/325 mg |
| 44 | 12/28/09 | 180 tablets of oxycodone 80 mg |
| 45 | 12/28/09 | 270 tablets of oxycodone 30 mg |
| 46 | 3/25/10 | 180 tablets of oxycodone 80 mg |
| 47 | 3/25/10 | 270 tablets of oxycodone 30 mg |
| 48 | 6/24/10 | 180 tablets of oxycodone 80 mg |
| 49 | 6/24/10 | 270 tablets of oxycodone 30 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

<u>Counts 50-61</u>

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **PAWAN KUMAR JAIN**, knowingly and intentionally dispensed the following Schedule II controlled substances to A.U. outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 50 | 6/24/09 | 180 tablets of oxycodone/APAP 10/ 325 mg |
| 51 | 6/24/09 | 30 tablets of amphetamine/dextroamphetamine 30 mg |
| 52 | 6/30/09 | 180 tablets of oxycodone 30 mg |
| 53 | 7/6/09 | 180 tablets of hydromorphone 4 mg |
| 54 | 7/14/09 | 180 tablets of oxycodone 30 mg |
| 55 | 9/10/09 | 540 tablets of oxycodone 30 mg |
| 56 | 9/10/09 | 90 tablets of amphetamine/dextroamphetamine 30 mg |
| 57 | 12/8/09 | 720 tablets of oxycodone 30 mg |
| 58 | 3/5/10 | 540 tablets of oxycodone 30 mg |
| 59 | 3/5/10 | 540 tablets of oxycodone 15 mg |
| 60 | 6/3/10 | 360 tablets of oxycodone 30 mg |

| COUNT | DATE | CONTROLLED SUBSTANCE |
|---|---|---|
| 61 | 6/3/10 | 360 tablets of oxycodone 15 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Counts 62-111

From on or about July 9, 2007, and continuing to on or about July 27, 2010, in Doña Ana County, in the District of New Mexico, the defendant, **PAWAN KUMAR JAIN,** knowingly and willfully executed, and attempted to execute, a scheme and artifice to defraud health care benefit programs in connection with the delivery of and payment for health care benefits, items and services, specifically, the defendant caused to be submitted for payment by Medicare and Medicaid claims for prescriptions that the defendant dispensed to patients outside the usual course of medical practice and without legitimate medical purpose. The defendant dispensed the following prescriptions to execute the scheme:

| COUNT | PATIENT | DATE | CONTROLLED SUBSTANCE | HEALTH CARE PROGRAM |
|---|---|---|---|---|
| 62 | M.E.B. | 4/22/09 | 180 tablets of oxycodone 40 mg ER | Medicare |
| 63 | M.E.B. | 5/21/09 | 180 tablets of oxycodone 40 mg ER | Medicare |
| 64 | M.E.B. | 6/19/09 | 180 tablets of oxycodone 40 mg ER | Medicare |
| 65 | M.E.B. | 7/13/09 | 90 tablets of methadone 10 mg | Medicare |
| 66 | M.E.B. | 9/29/09 | 225 tablets of methadone 10 mg | Medicare |
| 67 | R.B. | 10/30/09 | 120 tablets of morphine sulphate 30 mg | Medicaid |
| 68 | R.B. | 11/16/09 | 60 tablets of morphine sulphate 30 mg | Medicaid |
| 69 | R.B. | 11/16/09 | 60 tablets of morphine sulphate 60 mg | Medicaid |
| 70 | R.B. | 1/11/10 | 180 tablets of morphine sulphate 30 mg | Medicaid |
| 71 | R.B. | 2/15/10 | 60 tablets of morphine sulphate 60 mg | Medicaid |
| 72 | R.B. | 3/22/10 | 60 tablets of morphine sulphate 60 mg | Medicaid |
| 73 | R.B. | 4/8/10 | 120 tablets of morphine sulphate 60 mg | Medicaid |
| 74 | R.B. | 6/7/10 | 90 tablets of morphine sulphate 60 mg | Medicaid |

| COUNT | PATIENT | DATE | CONTROLLED SUBSTANCE | HEALTH CARE PROGRAM |
|---|---|---|---|---|
| 75 | T.B. | 12/14/09 | 360 tablets of oxycodone/APAP 10/325 mg | Medicare |
| 76 | T.B. | 1/7/10 | 180 tablets of oxycodone/APAP 10/325 mg | Medicare |
| 77 | T.B. | 3/4/10 | 180 tablets of oxycodone/APAP 10/325 mg | Medicare |
| 78 | T.B. | 4/6/10 | 180 tablets of oxycodone/APAP 10/325 mg | Medicare |
| 79 | T.B. | 5/27/10 | 180 tablets of oxycodone/APAP 10/325 mg | Medicare |
| 80 | T.B. | 6/14/10 | 180 tablets of oxycodone 30 mg | Medicare |
| 81 | M.J.B. | 10/13/09 | 270 tablets of methadone 10 mg | Medicare |
| 82 | M.J.B. | 10/13/09 | 90 tablets of oxycodone/APAP 10/325 mg | Medicare |
| 83 | M.J.B. | 11/11/09 | 540 tablets of methadone 10 mg | Medicare |
| 84 | M.J.B. | 11/11/09 | 180 tablets of oxycodone/APAP 10/325 mg | Medicare |
| 85 | M.J.B. | 1/5/10 | 549 tablets of methadone 10 mg | Medicare |
| 86 | M.J.B. | 1/5/10 | 90 tablets of oxycodone/APAP 10/325 mg | Medicare |
| 87 | S.C. | 6/2/09 | 60 tablets of oxycodone 80 mg | Medicaid |
| 88 | S.C. | 6/2/09 | 180 tablets of oxycodone/APAP 7.5/325 mg | Medicaid |
| 89 | S.C. | 6/19/09 | 120 tablets of oxycodone 80 mg | Medicaid |
| 90 | S.C. | 6/19/09 | 360 tablets of oxycodone/APAP 7.5/325 mg | Medicaid |
| 91 | S.C. | 8/11/09 | 180 tablets of oxycodone 80 mg | Medicaid |
| 92 | S.C. | 8/11/09 | 540 tablets of oxycodone/APAP 10/325 mg | Medicaid |
| 93 | S.C. | 11/9/09 | 60 tablets of oxycodone 80 mg | Medicaid |
| 94 | S.C. | 11/9/09 | 180 tablets of oxycodone/APAP 10/325 mg | Medicaid |
| 95 | S.C. | 12/28/09 | 180 tablets of oxycodone 80 mg | Medicaid |
| 96 | S.C. | 12/28/09 | 270 tablets of oxycodone 30 mg | Medicaid |
| 97 | S.C. | 3/25/10 | 180 tablets of oxycodone 80 mg | Medicaid |
| 98 | S.C. | 3/25/10 | 270 tablets of oxycodone 30 mg | Medicaid |
| 99 | S.C. | 6/24/10 | 180 tablets of oxycodone 80 mg | Medicaid |
| 100 | S.C. | 6/24/10 | 270 tablets of oxycodone 30 mg | Medicaid |
| 101 | A.U. | 6/24/09 | 180 tablets of oxycodone/APAP 10/325 mg | Medicaid |
| 102 | A.U. | 6/24/09 | 30 tablets of amphetamine/dextroamphetamine 30 mg | Medicaid |
| 103 | A.U. | 6/30/09 | 180 tablets of oxycodone 30 mg | Medicaid |

| COUNT | PATIENT | DATE | CONTROLLED SUBSTANCE | HEALTH CARE PROGRAM |
|---|---|---|---|---|
| 104 | A.U. | 7/6/09 | 180 tablets of hydromorphone 4 mg | Medicaid |
| 105 | A.U. | 9/10/09 | 540 tablets of oxycodone 30 mg | Medicaid |
| 106 | A.U. | 9/10/09 | 90 tablets of amphetamine/ dextroamphetamine 30 mg | Medicaid |
| 107 | A.U. | 12/8/09 | 720 tablets of oxycodone 30 mg | Medicaid and Medicare |
| 108 | A.U. | 3/5/10 | 540 tablets of oxycodone 30 mg | Medicare |
| 109 | A.U. | 3/5/10 | 540 tablets of oxycodone 15 mg | Medicare |
| 110 | A.U. | 6/3/10 | 360 tablets of oxycodone 30 mg | Medicare |
| 111 | A.U. | 6/3/10 | 360 tablets of oxycodone 15 mg | Medicare |

In violation of 18 U.S.C. §§ 1347(a) and 2(b).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
4/16/2014 2:03 PM