IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUN - 3 2014
w 4/30 pm
MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CR 14-1261 RB |
| ) | |
| PAWAN KUMAR JAIN, ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

The Court, having granted the motion of the United States and the Defendant to declare this case complex, and considering the parties proposed scheduling order, hereby imposes the following deadlines, without objection from the parties, in this case:

1. September 22, 2014: Completion of discovery by the government, including *Brady* material (except for the government's continuing duty to disclose);

2. October 20, 2014: Completion of reciprocal discovery by the defendants (except for the defendants' continuing duty to disclose);

3. November 3, 2014: Expert witness notices and reports; Fed. R. Crim. P. 16 discovery motions; Fed. R. Crim. P. 7(f) motions;

4. November 24, 2014: Responses to Fed. R. Crim. P. 16 discovery motions and Rule 7(f) motions;

5. January 5, 2015: Fed. R. Crim. P. 12 pretrial motions; *Daubert* motions;

6. February 2, 2015: Responses to pretrial and *Daubert* motions;

7. February 16, 2015: Replies to responses to pretrial and *Daubert* motions;

8. March 2, 2015: Notice of defenses pursuant to Fed. R. Crim. P. 12.1 through 12.3;

9. March 23, 2015: Responses to notices of defenses; motions *in limine*, Fed. R. Evid. 404(b) notices; jury instructions, proposed *voir dire*;

10. March 30, 2015: Disclosure of all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 150 (1972); and the Jencks Act, 18 U.S.C. § 3500; and

11. April 20, 2015: Jury Selection/Trial at 9:00 a.m. Federal Courthouse, Las Cruces, New Mexico.

The Court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

_____
HONORABLE ROBERT C. BRACK
United States District Judge

Submitted by

Sarah M. Davenport
Richard C. Williams
Assistant United States Attorneys

Electronically approved by:
Jeffery C. Grass
Mary Stillinger
Counsel for Defendant