IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | NO. CR 14-1261 RB |
| PAWAN KUMAR JAIN, | ) ) ) | |
| Defendant. | ) ) | |

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
NOV 24 2014
MATTHEW J. DYKMAN
CLERK

## AMENDED SCHEDULING ORDER

The Court has granted the motion of the United States and the Defendant to declare this case complex and the motion to continue the April 20, 2015 trial setting in this case. After considering the parties proposed scheduling order, the following deadlines are hereby imposed without objection from the parties, in this case:

1. March 18, 2015: Completion of discovery by the government, including *Brady* material (except for the government's continuing duty to disclose);

2. April 15, 2015: Completion of reciprocal discovery by the defendants (except for the defendants' continuing duty to disclose);

3. April 29, 2015: Expert witness notices and reports; Fed. R. Crim. P. 16 discovery motions; Fed. R. Crim. P. 7(f) motions;

4. May 20, 2015: Responses to Fed. R. Crim. P. 16 discovery motions and Rule 7(f) motions;

5. July 1, 2015: Fed. R. Crim. P. 12 pretrial motions; *Daubert* motions;

6. July 29, 2015: Responses to pretrial and *Daubert* motions;

1

7. August 12, 2015: Replies to responses to pretrial and *Daubert* motions;

8. August 26, 2015, 2015: Notice of defenses pursuant to Fed. R. Crim. P. 12.1 through 12.3;

9. September 16, 2015: Responses to notices of defenses; motions *in limine*, Fed. R. Evid. 404(b) notices; jury instructions, proposed *voir dire*;

10. September 23, 2015: Disclosure of all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 150 (1972); and the Jencks Act, 18 U.S.C. § 3500; and

11. October 26, 2015: Jury Selection/Trial at 9:00 a.m. Federal Courthouse, Las Cruces, New Mexico.

The Court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

HONORABLE ROBERT C. BRACK
United States District Judge

Submitted by
Jeffery C. Grass
Mary Stillinger
Counsel for Defendant

Electronically approved by:
Sarah M. Davenport
Richard C. Williams
Assistant United States Attorneys